**FILED**
**8/30/2016**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JUN 0 8 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Yesenia Guerrero
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
_____
_____
_____
_____
_____



1:16-cv-6017
Judge Jorge L. Alonso
Magistrate Judge Mary M. Rowland
PC9

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Yesenia Guerrero

    B. List all aliases: _____

    C. Prisoner identification number: #R85581  #20150628051

    D. Place of present confinement: IDOC

    E. Address: P.O 1000 Lincoln Il 62656

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Tom Dart

        Title: Cook County Sheriff

        Place of Employment: _____

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

While incarcerated at the the department of Cook county 2600 S. California Chgo Il 60608 Division 3. from July 28, 2015 untill february 2 2016. While in the building i feel was a non suitable livable facility for us as humans. The building had many issues from mold on the cell and bathrooms walls. the ceiling also had leaks so when it rained outside it offten rained inside. The officers would put crates with bags in place of the leaks. To cover the mold they painted over the walls when DOJ (Deparment of Justice) came for inspections. the building also had many rodent problems. The showers also had many problems the water at times would stay cold and stop up to wear we would have to stand in there and push it out with are feet while we showered. The heat during the winter

went out on multiple occasions. It would be days before they fixed it. They had many insect problems big cockroaches. The sinks in the cell often became stopped up sometimes to the point where the cell would have to be shut down. The water would come out brown. I dont feel that this is a humane living environment.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be paid for my suffering.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 31st day of May, 2016

*Yesenia Guerrero*
(Signature of plaintiff or plaintiffs)

Yesenia Guerrero
(Print name)

#R55501
(I.D. Number)

P.O. Box 1000
Lincoln IL 62656
(Address)

OFFICIAL SEAL
DEANNA A. BIGGER
Notary Public - State of Illinois
My Commission Expires 10/22/2019

Subscribed + sworn before me this 31st day of May 2016
Deanna A Bigger

6

Revised 9/2007

Yesenia Guerrero # R85581
P.O Box 1000
Lincoln Il 62656



1:16-cv-6017
Judge Jorge L. Alonso
Magistrate Judge Mary M. Rowland
PC9

**RECEIVED**
JUN 0 8 2016 DC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Office of clerk of the U.S District court
United States court house
219 South Dearborn St.
Chgo Il 60604

* Legal Mail *

This correspondence is from an inmate of the Illinois Department of Corrections.

Legal Documents

* Legal Mail *